```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 06 B 14573
    ERICA N HODOR
                                            CHAPTER 13

                                            JUDGE: JACQUELINE P COX

          Debtor
    SSN XXX-XX-0382


------------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 11/08/2006 and was confirmed 01/08/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  11.00%.

     The case was dismissed after confirmation 09/17/2007.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                              PAID           PAID
------------------------------------------------------------------------------
CHASE AUTO FINANCE      SECURED VEHIC   10923.64        579.87       1697.86
WELLS FARGO BANK        CURRENT MORTG       .00            .00           .00
WELLS FARGO BANK        MORTGAGE ARRE       .00            .00           .00
ACADEMY COLLECTION SERVI NOTICE ONLY   NOT FILED           .00           .00
ECAST SETTLEMENT CORP   UNSECURED        6109.51           .00           .00
B-LINE LLC              UNSECURED        3423.15           .00           .00
ER SOLUTIONS INC        NOTICE ONLY    NOT FILED           .00           .00
KOHLS                   UNSECURED         207.89           .00           .00
MEDICAL SPECIALISTS     UNSECURED          59.00           .00           .00
MIDWEST VERIZON WIRELESS UNSECURED        321.69           .00           .00
WELLS FARGO             UNSECURED        7017.21           .00           .00
WELLS FARGO             UNSECURED       11525.27           .00           .00
ADAM BROCCARDO          NOTICE ONLY    NOT FILED           .00           .00
CIRCUIT CITY            UNSECURED         137.84           .00           .00
CIRCUIT CITY            SECURED NOT I    1189.47           .00           .00
PATHOLOGY SOLUTION PC   UNSECURED      NOT FILED           .00           .00
JOHN C DENT             DEBTOR ATTY     2,871.00                     1,215.39
TOM VAUGHN              TRUSTEE                                        230.88
DEBTOR REFUND           REFUND                                         565.00

          Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                        RECEIPTS              DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                 4,289.00

PRIORITY                                              .00
SECURED                                           1,697.86
    INTEREST                                        579.87
UNSECURED                                             .00
ADMINISTRATIVE                                    1,215.39
TRUSTEE COMPENSATION                                230.88

               PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 06 B 14573 ERICA N HODOR
```

```
DEBTOR REFUND                                                    565.00
                                      ---------------     ---------------
TOTALS                                       4,289.00            4,289.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


Dated: 12/27/07                             /s/ Tom Vaughn
                                        _____
                                        TOM VAUGHN
                                        CHAPTER 13 TRUSTEE